OFD (12/1/11) asg

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

February 7, 2025

Clerk, U.S. Bankruptcy Court

BY **asg** DEPUTY

In re
 **Trent Charles Farrer**
*Other names used by debtor:* TK Productions Inc, UKIAH CO., U–Co Distribution, Inc., TK IP Holdings LLC
Debtor(s)

) Case No. **25–30398–pcm7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **2/7/25** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

   **Statement related to income listed in part 8a. of Schedule I (Official Form 106I). To e–file the statement, use the "Missing Documents Filed" event and select "Attached Statement re Income Listed in Part 2.8a of Schedule I" from the list of documents being filed.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

Clerk, U.S. Bankruptcy Court

###

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Several options are available for filing corrected or previously unfiled documents. In addition to filing with the clerk in–person or by mail to 1050 SW 6th Ave #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene, OR 97401, documents may be filed electronically or by fax. See the court's website (www.orb.uscourts.gov) for more information.